DISTRICT OF OREGON
**FILED**
March 21, 2022

**Clerk, U.S. Bankruptcy Court**

IT IS ORDERED AND NOTICE IS GIVEN that unless within 23 days of the date in the FILED stamp above an interested party: (1) files a written objection to the motion below, setting forth the specific grounds for the objection, with the clerk at 1050 SW 6th Ave. #700, Portland OR 97204 or 405 E 8th Ave. #2600, Eugene OR 97401, and (2) serves the objection on the trustee and any attorney for the trustee at the service address(es) below, the trustee will thereafter settle and compromise the matter upon the terms below and the settlement will be deemed approved without further order.

Teresa H. Pearson
TERESA H. PEARSON
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re<br>**Irwin Robert Pearlstein (deceased) &**<br>**Chris Ramsower-Pearlstein**<br><br>Debtor(s) | Case No. **17-32770-thp7**<br><br>MOTION AND NOTICE OF INTENT TO SETTLE AND COMPROMISE, **AND ORDER THEREON** |

The undersigned trustee, **Amy Mitchell**, moves to settle and compromise the following described dispute upon the following terms:

**The Trustee proposes to settle various claims against the Debtors in exchange for a payment of $54,000.**

**The Debtors' jointly-filed case was filed on July 26, 2017 (the "Petition Date") and closed as a "no asset" case on October 30, 2017. Creditor Robert Sanders caused the Debtor's bankruptcy case to be reopened on May 31, 2019. The Debtors filed a motion for reconsideration that was finally overruled by Judge Brown on February 3, 2020. The Trustee was appointed as successor trustee because Mr. Arnot had retired from the chapter 7 panel.**

**Since her appointment, the Trustee has investigated the allegations of undisclosed assets raised by Mr. Sanders (Doc. 18), and the defenses and explanations provided by Mr. Pearlstein in response (Doc. 25). The Trustee obtained numerous Rule 2004 examination orders, including many thousands of pages of BofA statements and life insurance documents, in order to investigate the Debtors' assets -- including a continuing stream of income from the Lucky Bail Bonds business (over $60,000); a $25,000 ClubCorp country club membership; preferential repayments of a car loan from David Pearlstein ($2,398); Mrs. Ramsower-Pearlstein's interest in Bluestone Surety through Pearlstein Associates LLC, which provided significant residual payments through 2016; many undisclosed life insurance policies (at least four as of the Petition Date); and income from serving as "straw buyers" of over a dozen life insurance products through Alexander Spero and his companies -- none of which were disclosed in the Debtors' bankruptcy filings and testimony at the Meeting of Creditors.**

**In contrast to the Debtors' sworn representations at the Meeting of Creditors denying any remaining residuals or receivables from the Lucky Bail Bonds business, the Debtors received over $60,000 of income since the business was purportedly closed in Nov. 2015. The Trustee has identified approximately $15,000 that was received post-petition, and while most if not all accounts are likely stale, $65/mo. is still being received.**

 ***** CONTINUED ON NEXT PAGE *****

###

DATE: _____  _____
                                                    Trustee

Service Address: _____

_____

Name of Attorney for Trustee: _____

Service Address: _____

_____

761.2 (6/15/16) **Page 2 of 2**

Case 17-32770-thp7    Doc 51    Filed 03/21/22