| 04/26/2022 | | Judge Teresa H Pearson |
|---|---|---|
| 11:00 17-32770-thp7 | Irwin Robert Pearlstein - db | JEFFREY LEE OLSON |
| | Chris Ramsower-Pearlstein -jtdb | JEFFREY LEE OLSON |
| | Robert Sanders - cr | NATALIE SCOTT |
| | Amy E Mitchell -tr | JUSTIN LEONARD |

**Matter: Motion to Settle and Compromise And Order and Notice Thereon (jbk) Doc# 51**

Additional Appearances: Ms. Ramsower-Pearlstein; Robert Sanders

Summary of Proceedings

Parties apprised the court of the current state of objections to the proposed settlement. Mr. Leonard reported the trustee was prepared to withdraw the current settlement notice on the record and proceed with an amended settlement notice, in an attempt to provide more clarity to Ms. Scott's client. After further discussions, the court laid out the following next steps:

1. Trustee is to file an amended notice of settlement (to clarify terms of the settlement and to obtain a financial statement from Ms. Ramsower-Pearlstein under penalty of perjury);
2. Trustee is to provide documents to objecting creditor Mr. Sanders, under a protective order to be agreed upon by all the parties (these documents will not include trustee's discussions with law enforcement); and
3. The court will hold a further status hearing on June 6, 2022, at 11:00 a.m. by phone to decide if the matter is proceeding towards settlement, a sale of the claims to Mr. Sanders, or otherwise.  Steps 1 and 2 should be completed by the time of the settlement conference, but Mr. Sanders is not required to have completed any other additional discovery by that date.

| Order to be prepared by: | | Clerk's Office | | Chambers | Other: |
|---|---|---|---|---|---|

Minute Order: