Natalie C. Scott, OSB #024510
nscott@scott-law-group.com
SCOTT LAW GROUP, LLP
PO Box 70422
Springfield, OR 97475
Telephone: 541-868-8005
Facsimile: 541-868-8004
Of Attorneys for Robert Sanders

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re:<br><br>Irwin Robert Pearlstein and<br>Chris Ramsower-Pearlstein,<br><br>Debtors. | Case No. 17-32770-tmb7<br><br>**CREDITOR ROBERT SANDERS' RULE 2004 MOTION FOR EXAMINATION AND PRODUCTION OF DOCUMENTS**<br><br>**(KARYN GALATI)** |

Creditor, Robert Sanders, by and through the undersigned, moves this Court for an order directing Karyn Galati to produce documents and submit to an examination as set forth below:

### LBR 2004-1(b)(2) Certification

Although neither LBR 2004-1(b)(2) nor LBR 9013-1 require conferral on an *ex parte* motion under Rule 2004, the undersigned has communicated with Laura Caldera Loera, counsel for Karyn Galati, in an effort to obtain consent without need for the filing of a motion with the court. Ms. Caldera Loera objects to the relief requested herein. Therefore, this motion is not being filed *ex parte*.

### MOTION

Creditor moves this Court for an order requiring production of documents identified on **Exhibit A** to the proposed order submitted herewith as **Exhibit 7** to the Declaration of Natalie C. Scott ("Scott Dec") and for an examination of Ms. Galati on Thursday, July 13, 2023 commencing at 1:30 pm PDT with the conditions as set forth on the on the proposed order,


PO Box 70422
Springfield, OR 97475
Phone: 541-868-8005
Fax: 541-868-8004
www.scott-law-group.com

Case 17-32770-thp7    Doc 117    Filed 06/28/23

(**Exhibit 7** to Scott Declaration), including reporting and attendance of Creditor and Creditor's counsel by remote means, exclusion of other attendees, and preserving Creditor's right to seek and schedule additional time if document production is not complete and/or Creditors' questions are not fully answered during that time. The next status hearing in this case is set for July 11 at 11:00am by telephone.

## BACKGROUND

Through counsel, Creditor initially sought Ms. Ramsower-Pearlstein's assistance to facilitate obtaining records from Karyn Galati, Debtors' long-time CPA. Scott Dec, ¶ 2 and **Exhibit 1**. After further email exchanges, Debtor's counsel ultimately indicated Ms. Galati was nonresponsive. Scott Dec, ¶ 3 and **Exhibit 2**. The undersigned sent a letter to Karyn Galati on May 24, 2023 with an attached "Exhibit A" enumerating documents requested. Scott Dec, ¶ 4 and **Exhibit 3**. The letter requested Ms. Galati's consent by June 2, 2023 to production of documents and scheduling of an examination by Zoom. *Id.*

On June 2, 2023, the undersigned received response from counsel for Ms. Galati. Scott Dec, ¶ 5 and **Exhibit 4**. Ultimately Ms. Galati's counsel agreed to provide documents by the end of June and offered an "informal examination" limited to a duration of 3 hours at counsel's offices in Portland, Oregon. Scott Dec, ¶ 6 and **Exhibit 4**. Counsel objected to several conditions (described below), which Creditor attempted to address in a follow-up email to which no response was received. Scott Dec, ¶ 7 and **Exhibit 5**.

## DISCUSSION

In support of this motion, Creditor further represents as follows:

1. Debtors filed their voluntary petition for chapter 7 bankruptcy relief on or about July 26, 2017. The case was closed as a "no asset" case on October 30, 2017.



PO Box 70422
Springfield, OR 97475
Phone: 541-868-8005
Fax: 541-868-8004
www.scott-law-group.com

2. On Creditor's motion, the case was reopened by order dated May 31, 2019 (Doc. No. 21) and Amy Mitchell appointed trustee ("Trustee").

3. Trustee and her counsel, Leonard Law Group, conducted investigations and submitted a notice of intent to settle claims against the Debtors and others on March 21, 2022 (Doc. No. 51). Creditor objected and, after further proceedings, this Court permitted Creditor to seek third-party discovery (Doc. No. 81).

4. As shown by the filings and reported to the court at several status hearings in this case, Creditor sought and obtained additional documents from third parties and from Debtor Chris Ramsower-Pearlstein. Creditor conducted an examination via Zoom of David Pearlstein, who is Debtor Irwin Pearlstein's son, in April. Creditor has now also conducted an examination via Zoom of Barry Pearlstein.

5. In emails with Jeff Olson (counsel for Debtor Chris Ramsower-Pearlstein) and in the examination of David Pearlstein, Creditor inquired regarding various tax matters, including tax returns prepared by Karyn Galati for debtors and tax treatment regarding Pearlstein Associates. The responses included referring Creditor to Karyn Galati directly. *See, e.g.,* Scott Dec, ¶ 8 and **Exhibit 6**, p. 2-3.

6. At David Pearlstein's examination, Creditor first learned that Karyn Galati is also the Chief Financial Officer for the New Horizons in-home health care business with which Debtor Chris Ramsower-Pearlstein was employed (through a prior entity) starting a few months before the Debtors filed their 2017 bankruptcy. Scott Dec, ¶ 8 and **Exhibit 6**, p. 4-5.

7. In the examination of Barry Pearlstein, Creditor learned Karyn Galati is also the sister of Barry Pearlstein and David Pearlstein. Scott Dec, ¶ 8, **Exhibit 6**, p. 7.

Case 17-32770-thp7    Doc 117    Filed 06/28/23



PO Box 70422
Springfield, OR 97475
Phone: 541-868-8005
Fax: 541-868-8004
www.scott-law-group.com

8. Ms. Galati was Debtors' accountant, is Irwin Pearlstein's daughter, and is a high level executive with David Pearlstein's current in-home health care business.

9. Creditor seeks the requested documents and examination of Karyn Galati to investigate assets, income, and the financial representations of Debtors, which include inconsistencies between Debtors' representations, documentary evidence, and the way items were claimed or treated for tax purposes. Creditor also seeks information regarding Ms. Galati's observations of and interactions with Debtor Chris Ramsower-Pearlstein in her position with New Horizons.

10. Upon conferral with counsel for Ms. Galati, counsel indicated that Ms. Galati could be available for an examination in-person on July 13, 2023 at 1:30PDT but objects to exclusion of other persons and intends to request limitations from this Court as to date, time, location, and scope. *See* Scott Dec, **Exhibit 4**.

Bankruptcy Rule 2004 is broad in scope, permitting any party in interest to make a motion seeking examination of "any entity" with respect to "the acts, conduct, or property or to the liabilities and financial condition of the debtor, or to any matter which may affect the administration of the debtor's estate, or to the debtor's right to discharge." FRBP 2004(a)-(b). Moreover, the attendance of a person and production of documents or electronically stored information may be compelled by subpoena. FRBP 2004(c). To the extent, the FRCPs proscribe limitations that may guide examinations under Rule 2004, FRCP 30 provides that depositions are limited to 1 day of 7 hours unless stipulated or ordered otherwise.

Here, Ms. Galati's counsel has indicated Ms. Galati will produce documents but objects to an examination without certain limitations. Ms. Galati has provided no basis, factual or legal, for her contention that counsel for other interested parties in this bankruptcy case be included and permitted to examine Ms. Galati at Creditor's examination. As shown in the email exchange

Case 17-32770-thp7    Doc 117    Filed 06/28/23

SCOTT
LAW GROUP LLP

PO Box 70422
Springfield, OR 97475
Phone: 541-868-8005
Fax: 541-868-8004
www.scott-law-group.com

(**Exhibit 4**), counsel "cc"d Joe Kellerman (counsel for David Pearlstein, Pearlstein Associates, and Homecare/Altru Home Care) and Jeff Olson (counsel for Debtors) and "invited" them to attend the examination of Ms. Galati, to which the undersigned objected.

Moreover, it appears counsel also objects to examination by Zoom and requires in-person attendance at counsel's offices in Portland, Oregon. As the court is aware, Creditor is a California attorney residing out of state and the undersigned's offices are located in Eugene, Oregon. It thus appears that Ms. Galati's counsel wishes to impose undue burden and expense despite Creditor's efforts to keep time and expense to a minimum in his ongoing effort to complete his investigation in this case.

Regarding scope of the examination, it should be as listed in Rule 2004, which includes all of the topics listed on Exhibit A to the proposed order submitted herewith as **Exhibit 7** to the Scott Declaration (and which the undersigned slightly modified to accommodate concerns of Ms. Galati's counsel). As to duration, Creditor agreed to an initial scheduling of 3 hours, noting intent to use best efforts to complete the examination within that timeframe. However, Creditor does not agree that Ms. Galati may limit the examination to 3 hours should Creditor's questions not be answered fully or documents not be produced ahead of time, which facts would ordinarily warrant keeping a deposition open or continuing it to a future date with additional time per FRCP 30. The proposed duration limitation becomes even more unreasonable in light of Ms. Galati's counsel's position that any and all attorneys conduct examinations of Ms. Galati during that 3-hour time period.

## CONCLUSION

For the reasons set forth above and in the supporting declaration and exhibits, Creditor requests entry of the proposed order, a copy of which is attached hereto as **Exhibit 7**, directing

Case 17-32770-thp7    Doc 117    Filed 06/28/23



PO Box 70422
Springfield, OR 97475
Phone: 541-868-8005
Fax: 541-868-8004
www.scott-law-group.com

production of documents designated on "Exhibit A" by Karyn Galati to Creditor and setting an examination of Ms. Galati as follows:

- Examination to be conducted by Creditor's counsel on Thursday, July 13, 2023 commencing at 1:30 PDT or such other date and time established by this Court;

- Creditor may arrange for court reporting by remote means and Creditor, Creditor's counsel and the court reporter may attend by remote means;

- No persons other than Creditor and Karyn Galati and their respective counsel and the court reporter shall attend;

- Creditor's counsel permitted to inquire regarding all topics set forth in Exhibit A to the proposed order; and

- Creditor, through counsel, may hold open the examination and seek and schedule additional time if document production is not complete and/or Creditor's questions are not fully answered during the examination.

DATED this 28th day of June, 2023.

SCOTT LAW GROUP LLP


By: /s/ Natalie C. Scott
Natalie C. Scott, OSB # 024510
Of Attorneys for Creditor



PO Box 70422
Springfield, OR 97475
Phone: 541-868-8005
Fax: 541-868-8004
www.scott-law-group.com

Natalie C. Scott, OSB #024510
nscott@scott-law-group.com
SCOTT LAW GROUP, LLP
PO Box 70422
Springfield, OR  97475
Telephone: 541-868-8005
Facsimile:  541-868-8004
Of Attorneys for Robert Sanders

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF OREGON

In re:

Irwin Robert Pearlstein and
Chris Ramsower-Pearlstein,

Debtors.

Case No. 17-32770-tmb7

**DECLARATION OF NATALIE C. SCOTT**

I, Natalie C. Scott, under penalty of perjury, make this Declaration in support of Creditor
Robert Sanders' Rule 2004 Motion for Examination and Production of Documents by Karyn
Galati as follows:

1.      I am an attorney duly admitted to practice in the state of Oregon, the federal
district court of Oregon and the Ninth Circuit Court of Appeals.  I am a partner in the law firm
Scott Law Group LLP, which represents creditor Robert Sanders in this case.

2.      Attached hereto as **Exhibit 1** is an excerpted email dated March 3, 2023, from me
to Jeffrey Olson, counsel for Debtors, requesting Debtor's assistance in obtaining records from
Karyn Galati, Debtors' long-time CPA.

3.      Despite further efforts, Debtor's counsel was unable to facilitate contact with Ms.
Galati.  Attached hereto as **Exhibit 2** is a copy of an email from Mr. Olson dated May 12, 2023
indicating Ms. Galati had become nonresponsive.

4.      Attached hereto as **Exhibit 3** is a copy of a letter I prepared and sent to Ms. Galati,
including an attached **EXHIBIT A** listing documents requested.

**DECLARATION OF NATALIE C. SCOTT**

PO Box 70422
Springfield, OR 97475
Phone: 541-868-8005
Fax: 541-868-8004
www.scott-law-group.com

5.	On or about June 2, 2023, I received a voicemail and email from Laura Caldera Loera indicating she had been retained to represent Ms. Galati and needed additional time to follow-up and confer.

6.	Attached hereto as **Exhibit 4** is a copy of an email exchange with Ms. Caldera Loera regarding conferral on the examination particulars and her objections thereto.

7.	Attached hereto as **Exhibit 5** is a copy of my email to Ms. Caldera Loera seeking clarification and/or resolution of her objections.  As of the time of the filing of this motion, I have not received any response.

8.	Attached hereto as **Exhibit 6** are brief excerpts from the examinations of David Pearlstein and Barry Pearlstein with highlights I inserted to assist the court in locating the relevant material.

**I HEREBY DECLARE THAT THE ABOVE STATEMENTS ARE TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF, AND THAT I UNDERSTAND THAT THEY ARE MADE FOR USE AS EVIDENCE IN COURT AND ARE SUBJECT TO PENALTY FOR PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA.**

DATED this 28th day of June, 2023.

/s/ Natalie C. Scott
Natalie C. Scott

DECLARATION OF NATALIE C. SCOTT

PO Box 70422
Springfield, OR 97475
Phone: 541-868-8005
Fax: 541-868-8004
www.scott-law-group.com

SCOTT
LAW GROUP LLP

## Natalie Scott

| | |
|---|---|
| **From:** | Natalie Scott |
| **Sent:** | Friday, March 3, 2023 3:34 PM |
| **To:** | Jeffrey Olson |
| **Subject:** | In re Pearlstein - follow-up requests |
| | |
| **Importance:** | High |

Jeff,

I've been trying to get information from Mr. Woolman and Mr. Kellerman regarding additional documents for Pearlstein Associates and Lucky Bail Bonds but, to date, have not received response. I apologize for the delay in following up with you. I appreciate your cooperation to date and your indication at the February 7th hearing that you and your client continue to stand ready to cooperate.

I'd like to get supporting tax records from the CPA Karyn Galati. If your client requests the information and consents, that would be most expedient. I have the 2013-2020 returns but little to no supporting documentation other than a few W2s and K1s and supporting receipts for a few years. I'm most interested in emails, notes, and analysis of Ms. Galati or her staff that would show her calculations & why certain items were claimed the way they were on the returns re: Pearlstein Associates, Lucky Bail Bonds, and some other items.



To summarize, please let me know your position and/or expected response timing or a time to confer as to the following:

1. Emails/analysis from Karyn Galati CPA supporting the manner in which items were claimed on the 2013 to 2020 federal returns - will your client request Ms. Galati provide that to my offices so as to avoid my having to file another Rule 2004 motion?

1

**EXHIBIT 1 - Page 1 of 2**   Case 17-32770-thp7   Doc 117   Filed 06/28/23

████████████████████████████████████████

Once I complete document gathering, I'd like to interview Ms. Ramsower-Pearlstein via Zoom with counsel present as well as my client Mr. Sanders. I'm hoping to be ready to conduct a series of informal interviews, beginning with your client, in early April so that we remain on track to confer with the trustee and take appropriate action in advance of the May 9th status hearing.

I'm headed out for the day but am fairly open Monday if you want to give me a call or let me know a good time to call you. Thanks, Jeff.
Regards,
Natalie



**Natalie C. Scott** | Attorney
PO Box 70422
Springfield, OR 97475
Phone: (541) 868-8005
Fax: (541) 868-8004
**E-mail** | **Website**

**\*PLEASE CONTACT US TO SCHEDULE IN-PERSON MEETINGS OR DOCUMENT DROP-OFF OR DELIVERY REQUIRING A PHYSICAL ADDRESS.\***
*This e-mail may contain privileged and/or confidential information.*
*Do not forward, copy or print without authorization.*
*If misdirected, please delete and notify the sender by e-mail.*

**EXHIBIT 1 - Page 2 of 2**  Case 17-32770-thp7   Doc 117   Filed 06/28/23

**Natalie Scott**

| | |
|---|---|
| **From:** | Jeffrey Olson <Jeff@Olsonlaw.legal> |
| **Sent:** | Friday, May 12, 2023 8:45 AM |
| **To:** | Natalie Scott |
| **Cc:** | Aaron |
| **Subject:** | Karyn Galati |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |
| | |
| **SnoozeIt Count:** | 3 |
| **SnoozeIt Due:** | 5/18/2023 8:30:00 AM |

Natalie,

According to my client, Karyn Galati is non-responsive to her requests for how to be contacted.

—Jeff

**Jeffrey L. Olson**
**Attorney at Law**

**OLSON LAW, LLC**

**5 Centerpointe Drive, Suite 400**
**Lake Oswego, OR 97035**

**2701 Schirm Loop Road NW**
**Olympia, WA 98502**

**503-635-9696**
**http://www.olsonlaw.legal**

Confidentiality Notice: This e-mail transmission may contain confidential and privileged information. Unless you are the intended recipient (or authorized to receive messages for the intended recipient), you may not use, copy, or disclose to anyone this message or any information contained in this message. If you have received this message by mistake, please advise the sender by reply e-mail and delete this message. Thank you.

**EXHIBIT 2 - Page 1 of 1**  Case 17-32770-thp7    Doc 117    Filed 06/28/23



Natalie Scott
nscott@scott-law-group.com

PO Box 70422
Springfield, OR 97475
Phone: 541-868-8005
Fax: 541-868-8004
www.scott-law-group.com

May 24, 2023

**VIA E-MAIL to: kgalaticpa@comcast.net**
**And VIA FIRST CLASS MAIL**

Karyn Galati
New Horizons // Altru-Home Care
3125 Chad Drive, Suite # 290
Eugene, OR 97408

      Re:  In re Irwin Robert Pearlstein and Chris Ramsower-Pearlstein
           US Bankruptcy Court Case No. 17-32770-thp7

Dear Ms. Galati,

As you may be aware, I am the attorney for Robert Sanders who is a creditor in
the re-opened bankruptcy case of Irwin Pearlstein and Chris Ramsower-
Pearlstein ("Debtors"). I have been investigating information provided by
Debtors in connection with their case. I see that you were their CPA for many
years. I understand you now work as an officer with the company (New
Horizons) owned by Mr. Pearlstein's son that employs Ms. Ramsower-Pearlstein.
I am writing to request your consent to providing records and submitting to an
examination, under oath, via Zoom. I request your written consent no later than
**end of business Friday, June 2, 2023**. Otherwise, I will file an appropriate motion
with the bankruptcy court on or after Monday, June 5 pursuant to Bankruptcy
Rule 2004 seeking an order to compel you to provide records and submit to an
examination.

I have received many tax documents for debtors, including their tax returns for
years 2013 through 2020, together with copies of some supporting documents
(W-2s, donation receipts, etc.). Both counsel for Ms. Ramsower-Pearlstein and
David Pearlstein have directed me to you to explain the basis for listing items on
debtors' tax returns in the manner that you listed them. I'd like copies of your
work papers, including emails, notes, written memoranda, or the like of you or
your staff to/from or about Mr. Pearlstein and Ms. Ramsower-Pearlstein to

substantiate and explain items and also to see if you have copies of older returns that Ms. Ramsower-Pearlstein has not been able to obtain.

Enclosed as "Exhibit A" is a list of documents requested. Although drafted in the form of a subpoena attachment, I have <u>not</u> issued a subpoena at this time. I am hopeful that we can address this cooperatively. The "Exhibit A" notes that I request the documents on or before June 19, 2023 but I am agreeable to discussing an extension of time.

Below are dates when I could conduct an oral examination via Zoom. I request you consent to examination for at least 4 hours although I hope I can finish **sooner.**

- Monday, June 19 – starting time could be 10:30am or 12:30pm
- Tuesday, June 20 – same
- Thursday, June 22 – same
- Friday, June 23 – same
- Monday, Tuesday, or Wednesday of the following week (6/26, 6/27, or 6/28) with the same possible start times

If I do not receive a response to this letter (which is also being sent via email), I will file a motion as noted above. If I have to file a motion, I'm required to specify a date for your examination so I will request *Monday, June 26 at 10:30am.*

This is a serious matter that requires your prompt attention. I encourage you to consult with an attorney regarding your rights and obligations. If you do retain an attorney to assist you, please have your attorney get in touch with me immediately. Otherwise, you may contact me directly to discuss this matter.

Sincerely,

Natalie Scott

NCS:ncs
Enclosure ("Exhibit A" documents request list)

Karyn Galati or her counsel shall produce the following documents (or copies thereof) to Creditor on or before **June 19, 2023 (or on another date if agreed to by Creditor in writing)** (the "due date") by delivering said documents by mail received on or before the due date or by secure electronic means to **Natalie Scott, PO Box 70422, Springfield, OR 97475, nscott@scott-law-group.com.**

For purposes of this request, "Debtors" means Irwin Pearlstein and Chris Ramsower-Pearlstein.

1. Debtors' state and federal tax returns for tax years 2008 through 2012, together with supporting documents and work papers showing bases for claims of gain, loss, income, expenses, deductions, and any related item on the returns, including but not limited to $111,613 in net long-term gain reported on Line 9a of the 2012 K-1 from Pearlstein Associates to Chris Ramsower-Pearlstein and $110,552 in distributions reported on Line 19a.

2. Any and all documents regarding any and all business income and/or business loss of any kind of Irwin Pearlstein and/or Chris Ramsower-Pearlstein for tax years 2012 through 2018, including but not limited to documents showing, explaining, demonstrating, and/or substantiating the following:

   **Debtors' 2013 Federal tax return**
   (a) -$131,017 loss claimed on Line 17 and listed on Schedule E and the supporting Statements;
   (b) -985 Carryforward loss and -436 "prior years unallowed losses" and other notations listed on Form 8582;
   (c) Cancellation of Debt and NOL listed on Statement 2 for Form 1040, Line 21
   (d) NOL Carryovers from 2011 and Later Years of $23,839 in both sections labeled Statement 3 regarding Form 1040, Line 21
   (e) Statement on 2013 tax return under "General Elections" regarding election to relinquish entire carryback period as to NOL incurred for 2013

   **Debtors' 2013 California tax return**
   (f) Representations on Form 3805V regarding Net Operating Loss Computation

   **Debtors' 2014 Federal Tax return (Form 1040)**
   (g) $37,211 net long term gain per Line 12 of Schedule D
   (h) Form 3800 regarding General Business Credit
   (i) Form 8582 regarding activities with loss and prior years unallowed losses
   (j) Statements in Sections labeled Statement 3 regarding Form 1040, Line 21 regarding loss and NOL carryovers and Statement 4 "NOL" of -132,405

   **Debtors' 2014 California tax return**
   (k) Form 3805 regarding NOL computation



PO Box 70422
Springfield, OR 97475
Phone: 541-868-8005
Fax: 541-868-8004
www.scott-law-group.com

**EXHIBIT 3 - Page 3 of 5**   Case 17-32770-thp7   Doc 117   Filed 06/28/23

**Debtors' 2015 Amended Federal Tax return (Form 1040X)**
(l)  Statement that amendment is to add income from Toyota Financial Services 1099 which is being excluded under "the insolvency exclusion" and Form 982
(m) Capital gain of $18,600 in Line 13
(n)  Form 3800 General Business Credit
(o)  Two sections labeled Statement 3 regarding NOLs

**Debtors' 2015 California tax return**
(p)  Form 3805 regarding NOL computation

**Debtors' 2016 Federal Tax Return**
(q)  Line 13 capital gain of $14,491
(r)  Line 16a of $5,438 in pensions and annuities and Statement 2
(s)  Line 17 and Schedule E regarding -$2,433 amount
(t)  Form 8949 regarding -$4,109 loss regarding Pearlstein Associates LLC

**Debtors' 2017 Federal Tax Return**
(u)  Line 16a for $19,802 and 16b for $7,716 and Statement 3 regarding those same amounts
(v)  Statement 1 "Explanation of Efforts"

**Debtors' 2018 Federal Tax Return**
(w) Line 4a of $7823 and Statement 2 regarding pension and annuities

3.  Any and all documents regarding gifts made to Irwin Pearlstein and/or Chris Ramsower-Pearlstein from January 1, 2015 through December 31, 2018 and the tax treatment thereof.

4.  Any and all documents regarding gifts made by Irwin Pearlstein and/or Chris Ramsower-Pearlstein to any person from January 1, 2015 through December 31, 2018 and the tax treatment thereof.

5.  Any and all communications, including letters, email, and text messages, to or from Irwin Pearlstein and/or Chris Ramsower-Pearlstein regarding tax opinions and/or advice of any kind to Debtors for tax years 2012 through 2018 if not already produced in response to a prior request.

6.  Any and all communications, including letters, email, and text messages, to or from any person or persons regarding assets, liabilities, loans, payments, debts, tax treatment, financial planning or business planning of any kind of Irwin Pearlstein and/or Chris Ramsower-Pearlstein from January 1, 2015 to December 31, 2018.

**EXHIBIT A – KARYN GALATI**

PO Box 70422
Springfield, OR 97475
Phone: 541-868-8005
Fax: 541-868-8004
www.scott-law-group.com

SCOTT
LAW GROUP LLP

**EXHIBIT 3 - Page 4 of 5**  Case 17-32770-thp7   Doc 117   Filed 06/28/23

7. Any and all documents regarding employment and/or work of any kind of Chris Ramsower-Pearlstein for any of the following, including employment applications, employment agreements, consulting contracts, loan agreements, timesheets, records of hours worked and/or earnings paid, reviews by any manager or supervisor, and all correspondence (including emails or text messages) related to hours worked, amounts paid, employment terms, and job performance:

    (a) All Care In-Home Care Solutions;
    (b) Altru Home Care LLC;
    (c) Homecare Delivery Services LLC;
    (d) New Horizons as a dba of any of the above;
    (e) JAKD LLC; and
    (f) JAKD II, LLC.

SCOTT
LAW GROUP LLP

PO Box 70422
Springfield, OR 97475
Phone: 541-868-8005
Fax: 541-868-8004
www.scott-law-group.com

| | |
|---|---|
| **From:** | Caldera Loera, Laura <laura.caldera@bullivant.com> |
| **Sent:** | Friday, June 16, 2023 10:16 AM |
| **To:** | Natalie Scott |
| **Cc:** | Barbour, Rachel; Jeffrey Olson; Joe Kellerman |
| **Subject:** | RE: Karyn Galati | In re Irwin Robert Pearlstein and Chris Ramsower-Pearlstein -- Bankruptcy Court Case No. 17-32770-thp7 |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

| | |
|---|---|
| **SnoozeIt Count:** | 1 |
| **SnoozeIt Due:** | 6/19/2023 3:08:00 PM |

Natalie:

My client will agree to your informal request to provide documents in her possession relating to the topics in Exhibit A. My client objects to the requests to the extent they seek attorney-client information or documents that are not within her possession, custody, or control. I expect to be in a position to provide you with copies of the requested documents by the end of this month.

My client will also agree to an informal examination limited to the issues raised in Exhibit A and limited to a duration of 3 hours. The first date we can be available is July 10. Assuming that works for any counsel who plans to attend. Ms. Galata and I will both be in my office. You are welcome to join us in person for the examination.

With kind regards,

Laura



LAURA CALDERA LOERA (she/her)
President-Elect, Board of Directors, Shareholder,
Mediator

Bullivant Houser, Attorneys
One SW Columbia Street, Suite 800, Portland, OR 97204
direct 503.499.4602 main 503.228.6351
Washington • Oregon • California
Bullivant.com • Bio



- - - - - - - - - - - - - - - - - - - - - - - - - -

**EXHIBIT 4 - Page 1 of 4**   Case 17-32770-thp7   Doc 117   Filed 06/28/23

**Natalie Scott**

| | |
|---|---|
| **From:** | Natalie Scott |
| **Sent:** | Tuesday, June 20, 2023 1:42 PM |
| **To:** | Caldera Loera, Laura |
| **Cc:** | Barbour, Rachel |
| **Subject:** | RE: Karyn Galati | In re Irwin Robert Pearlstein and Chris Ramsower-Pearlstein -- Bankruptcy Court Case No. 17-32770-thp7 |

Thanks for your response, Laura.  We consent to a deadline of June 30 for document production.

I need to follow-up & get back to you on the proposed July 10 examination date.  Since you are in Portland, we'll do this via Zoom which I'll arrange with CC Reporting down here once we get the date and time set.  We'll agree to the limitations below *without prejudice or waiver of any rights of Mr. Sanders under the Bankruptcy Code to pursue further documents or examination if necessary*.  Hopefully we can work efficiently and nothing further will be needed.

Regards,
Natalie

| | |
|---|---|
| **From:** | Natalie Scott |
| **Sent:** | Wednesday, June 21, 2023 4:57 PM |
| **To:** | 'Caldera Loera, Laura' |
| **Cc:** | 'Barbour, Rachel' |
| **Subject:** | RE: Karyn Galati | In re Irwin Robert Pearlstein and Chris Ramsower-Pearlstein -- Bankruptcy Court Case No. 17-32770-thp7 |

Regarding your client's offer to submit to a 3-hour examination by me regarding the topics on Exhibit A of my subpoena request, which we agree to without prejudice to and without waiver of my client's right to seek further examination or documents if necessary and upon motion to the court if the parties cannot agree, your proposed date of July 10th will not work unfortunately. I can offer the following dates/times for an examination via Zoom. No other parties or counsel are entitled or required to attend. If Mr. Kellerman or Mr. Olson want to conduct an examination of Ms. Galati, they need to do so pursuant to the Bankruptcy Code. I do not consent to attendance of anyone other than yourself and Ms. Galati (and the court reporter or any necessary staff of yours) for this examination.

Assuming the above is clear & agreeable to you and your client, here are proposed days/times for your consideration:

- Wednesday, July 12 at 1:30pm PDT
- Thursday, July 13 at 1:30pm PDT
- Friday, July 14 at 10:30am PDT

- Monday, July 17 at 1:30 pm
- Thursday, July 20 at 1:30am

Please let me know if any of these will work and, if none, please provide alternatives.
Regards,
Natalie



**Natalie C. Scott** | Attorney
PO Box 70422
Springfield, OR 97475
Phone: (541) 868-8005
Fax: (541) 868-8004
**E-mail** | **Website**

**\*PLEASE CONTACT US TO SCHEDULE IN-PERSON MEETINGS OR DOCUMENT DROP-OFF OR DELIVERY REQUIRING A PHYSICAL ADDRESS.\***
*This e-mail may contain privileged and/or confidential information.*
*Do not forward, copy or print without authorization.*
*If misdirected, please delete and notify the sender by e-mail.*

**EXHIBIT 4 - Page 3 of 4**   Case 17-32770-thp7   Doc 117   Filed 06/28/23

**Natalie Scott**

| | |
|---|---|
| **From:** | Caldera Loera, Laura <laura.loera@bullivant.com> |
| **Sent:** | Friday, June 23, 2023 5:24 AM |
| **To:** | Natalie Scott |
| **Cc:** | Barbour, Rachel; Jeffrey Olson; Joe Kellerman |
| **Subject:** | RE: Karyn Galati | In re Irwin Robert Pearlstein and Chris Ramsower-Pearlstein -- Bankruptcy Court Case No. 17-32770-thp7 |

Natalie:

Thank you for your note. My client will not sit for multiple examinations. Accordingly, your demand that she agree that no other party in the case may be present during your examination of her (something I have never heard of in my 24 years of practice), that she be subjected to additional examinations by other parties who were excluded from any examination of her, or that she agree that your client can take her examination again are hereby rejected.

In your motion, you may represent to the Court that my client and I are available for an in-person examination of her in my office in Portland on July 13 at 1:30 PST. Please kindly provide me with a copy of any motion you file seeking my client's testimony as I intend to request limitations from the Court as to the date, time, location, and scope, and intend to address with the Court the right of other parties to attend to avoid serial examinations of my client.

With kind regards,

Laura


LAURA CALDERA LOERA (she/her)
President-Elect, Board of Directors, Shareholder, Mediator

Bullivant Houser, Attorneys
One SW Columbia Street, Suite 800, Portland, OR 97204
direct 503.499.4602  main 503.228.6351
Washington • Oregon • California
Bullivant.com • Bio



- - - - - - - - - - - - - - - - - - - - - - - - - - -
EMAIL CONFIDENTIALITY NOTICE: The information contained in this email may include confidential information that is legally privileged. If you received this message in error, you are hereby notified that your receipt of this email was not intended by the sender and any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this email is strictly prohibited. If you received this email in error, please notify the sender immediately by telephone at the number listed above or by email, and then delete the email

**EXHIBIT 4 - Page 4 of 4**   Case 17-32770-thp7   Doc 117   Filed 06/28/23

| | |
|---|---|
| **From:** | Natalie Scott |
| **Sent:** | Friday, June 23, 2023 1:44 PM |
| **To:** | Caldera Loera, Laura |
| **Cc:** | Barbour, Rachel; Jeffrey Olson; Joe Kellerman |
| **Subject:** | RE: Karyn Galati | In re Irwin Robert Pearlstein and Chris Ramsower-Pearlstein -- Bankruptcy Court Case No. 17-32770-thp7 |

I don't think you are appreciating the scope of Bankruptcy Rule 2004 Laura. On motion of a creditor, the court may order examination of any entity regarding the "the acts, conduct, or property or to the liabilities and financial condition of the debtor, or to any matter which may affect the administration of the debtor's estate, or to the debtor's right to a discharge." My agreement to the topics in Exhibit A is because it sets forth more specific areas of inquiry we have as to your client.

This is not an adversary proceeding where there are "opposing" counsel. I don't think Mr. Olson or Mr. Kellerman are interested in deposing your client. If that is the basis for your objection, then I am confused. If either of them have indicated that they DO want to depose Ms. Galati, then they would need to be entitled to do so under the Bankruptcy Code (unless it were consensual, which then means there no "subjecting" your client to serial examinations). Please clarify.

I also don't know what you mean by "she agree that your client can take her examination" – I am conducting the examination. My client is merely attending via Zoom as he has in the depositions of both David and Barry Pearlstein.

Your second paragraph raises other issues – namely that, if I file a motion, you are also going to object to the location and scope. Please clarify. Depositions under FRCP 30 may last for up to 7 hours unless stipulated or court ordered for a different duration. Thus, I wanted to be clear that I would hold the examination open if we don't cover all material during the 3 hours you offered. I don't know what you mean by noting you'd object to "location" either – are you objecting to Zoom?

Please clarify your bases for objections so that I may properly recite your position in my motion. If you wish to reconsider in light of the above and to withdraw your objection to my conditions, then I will contact my court reporter (CC Reporting) to get this set up for Zoom with our court reporting service for July 13 at 1:30pm.

Regards,
Natalie

**EXHIBIT 5 - Page 1 of 1**   Case 17-32770-thp7   Doc 117   Filed 06/28/23

David Pearlstein

In re: Pearlstein

April 25, 2023



CC REPORTING AND VIDEOCONFERENCING
101 East Broadway, Suite 300
Eugene, OR 97401
541-485-0111
www.ccreporting.com

**EXHIBIT 6 - Page 1 of 7** Case 17-32770-thp7    Doc 117    Filed 06/28/23

1  partners that -- they were given so much equity,

2  and then the equity would vest over a period of

3  time.  So the longer you were in the deal, then

4  the more equity you earned.

5      Q.   Okay.  And then Section 9-A shows net

6  long-term capital gain, and Section 19 shows

7  distribution, which looks like the number we were

8  discussing earlier from the sale.

9      A.   Yeah, that would make sense, right.

10     MR. KELLERMAN:  That number matches

11  the Excel spreadsheet exactly.

12     MS. SCOTT:  Okay.

13     MR. KELLERMAN:  I think it drops some

14  pennies, but the dollars are exact.

15  BY MS. SCOTT:

16     Q.   And then if you can look at page --

17  we're in the same K-1, but it's going to go

18  page 2, so the next page.  There is a footnote

19  that says, "Losses from Schedule K may have been

20      allocated in excess of the

21      partner's basis."

22          Do you know what Chris's basis was at

23  the time she became an owner in Pearlstein

24  Associates?

25     A.   Well, I don't know.  You know, you're

EXHIBIT 6 - Page 2 of 7 Case 17-32770-thp7   Doc 117   Filed 06/28/23

1    asking me, like, these tax questions.  I think you

2    ought to talk to her CPA.  I mean, if you're

3    asking me, I would tell you that her basis would

4    have been the amount that she invested in the

5    business, but I don't know how the basis is

6    treated and allocations are made.  That's kind of

7    outside of my wheelhouse, and I wouldn't feel

8    comfortable commenting on her tax returns.  But if

9    you spoke to her CPA, maybe you would get better

10   help.

11        Q.    Who would have had the authority to

12   approve this K-1, would that be you or

13   Eric Fauerbach?

14        A.    I don't know that we ever talked about

15   the actual authority to approve a K-1.  They were

16   prepared by the CPA, and so, yeah, I mean, I guess

17   I don't know.

18        Q.    Do you recall --

19        A.    I can't answer that question.  You

20   know, it was -- we never had that line of

21   demarcation as to who's responsible and has

22   authority for approving it.

23        Q.    Do you recall if you ever looked at

24   the K-1s before they went out?

25        A.    I never looked at the other people's

**EXHIBIT 6 - Page 3 of 7** Case 17-32770-thp7   Doc 117   Filed 06/28/23

1   need five minutes to confer with my client.

2             (Recess:  3:21 p.m. to 3:30 p.m.)

3   BY MS. SCOTT:

4        Q.    All right.  A couple of

5   clarifications.  It shouldn't take more than ten

6   minutes.

7             So it's my understanding that the

8   business New Horizons is the business that Chris

9   works for now.  Is that correct?

10       A.    That's correct.

11       Q.    Can you explain the management

12  hierarchy of the New Horizons?  Are you at the

13  top?

14       A.    I am, yes.  So there's myself, and

15  then the people that report to me include

16  Karen Galati, my CFO; Jennifer Saunders, my

17  company president; and Ali Dean, my chief care

18  officer.

19            MR. KELLERMAN:  Let me interject,

20  because the court reporter is going to want you to

21  spell the last names for Galati and the second one

22  there.

23            THE WITNESS:  Galati is G-a-l-a-t-i,

24  and Ali Dean, D-e-a-n.

25            MR. KELLERMAN:  I think there was one

**EXHIBIT 6 - Page 4 of 7** Case 17-32770-thp7   Doc 117   Filed 06/28/23

BY MS. SCOTT:

Q.   How many salaried employees do you
have?

A.   You'd have to -- I have no idea.

Q.   Who would know the answer to that?

A.   My CFO.

Q.   Is that Karen Galati?

A.   Yes.

Q.   Okay, thank you.

So going back to Pearlstein Associates
for just a second, I'm trying to clarify for
myself, and I apologize, this may be on me, if an
investor brings money to Pearlstein Associates in
whatever form, bringing an investment, back when
you were looking in 2007, 2008, would it be a loan
or are they buying equity or is it both?

A.   It's a loan.  And in return you're
issued a promissory note with a return on the cash
that you committed, along with equity.  I thought
we talked about this.  This is like a --

Q.   I'm having trouble understanding.

So the 100,000, was it a purchase?

A.   As I stated earlier, it's a loan.
It's like a private -- I don't know how -- I mean,
I told you this on multiple -- I don't know how

EXHIBIT 6 - Page 5 of 7 Case 17-32770-thp7   Doc 117   Filed 06/28/23

*Barry Pearlstein*

*In re: Pearlstein*

*June 14, 2023*



CC REPORTING AND VIDEOCONFERENCING
101 East Broadway, Suite 300
Eugene, OR 97401
541-485-0111
www.ccreporting.com

**EXHIBIT 6 - Page 6 of 7** Case 17-32770-thp7 Doc 117 Filed 06/28/23

1          I guess I'll just make it easier.  Why
2    were you buying signage for the Lucky Bail Bonds
3    business in Indio?
4          A.    Because I took it over and it needed
5    signage.
6          Q.    So at that time you intended to keep
7    running that office location?
8          A.    Yes.
9          Q.    Okay.  Did your dad have anything to
10   do with that, like the purchase of the sign?
11         A.    No.
12         Q.    Okay.  And who is Karyn Galati?
13         A.    My sister.  She's also my CPA.
14         Q.    Do you know if she handled taxes for
15   your Lucky Bail Bonds business for the whole time
16   that you ran it?
17         A.    No, she did not.
18         Q.    Do you know if she assisted your
19   father and Ms. Ramsower-Pearlstein with their
20   taxes?
21         A.    I do not.
22         Q.    So let me understand.  She's your
23   sister through, I'm going to assume, maybe a
24   different marriage.  So could you explain that?  I
25   know there's Irwin Pearlstein, who's the debtor in

**EXHIBIT 6 - Page 7 of 7** Case 17-32770-thp7   Doc 117   Filed 06/28/23

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF OREGON

In re:

Irwin Robert Pearlstein and
Chris Ramsower-Pearlstein,

        Debtors.

Case No. 17-32770-thp7

**ORDER COMPELLING PRODUCTION
OF DOCUMENTS BY & ORDERING
EXAMINATION UNDER RULE 2004 OF
KARYN GALATI**

This matter came before the court on Creditor Robert Sanders' Rule 2004 Motion for

Examination and Production of Documents – Karyn Galati (**Doc. No. ___**). The Court having

reviewed the motion and files herein, and being otherwise fully advised,

IT IS ORDERED that Creditor's Motion is granted and Karyn Galati shall immediately

produce documents described on **Exhibit A** hereto upon entry of this order if not already

produced pursuant to agreement of the parties;

IT IS FURTHER ORDERED that Creditor's counsel may conduct an examination of

Karyn Galati on <u>**July 13, 2023 beginning at 1:30pm**</u>, which Creditor may arrange to be reported

ORDER COMPELLING PRODUCTION OF
DOCUMENTS BY & ORDERING EXAMINATION
OF KARYN GALATI

Page 1 of 3

**EXHIBIT 7 - Page 1 of 5**

Case 17-32770-thp7    Doc 117    Filed 06/28/23



PO Box 70422
Springfield, OR 97475
Phone: 541-868-8005
Fax: 541-868-8004
www.scott-law-group.com

by remote means, such as Zoom, and at which Creditor, Creditor's counsel, and the court reporter may attend by remote means.

IT IS FURTHER ORDERED that no other person may attend or observe the examination other than Karyn Galati, her attorney, Creditor, Creditor's attorney, and the court reporter.

IT IS FURTHER ORDERED that Creditor's counsel is permitted to inquire regarding all topics set forth in Exhibit A and that Creditor may hold open the examination and seek and schedule additional time if document production is not complete and/or Creditor's questions are not fully answered during the July 13th examination.

### # # #

Pursuant to LBR 9021-1, a copy of this order was attached to the motion.

Presented by:

THE SCOTT LAW GROUP

By:      /s/ Natalie C. Scott
         Natalie C. Scott, OSB #024502
         nscott@scott-law-group.com
         PO Box 70422
         Springfield, OR 97475
         Telephone: (541) 868-8005
         Facsimile: (541) 868-8004
         Of Attorneys for Creditor

**MANUAL SERVICE:**

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

**ELECTRONIC SERVICE:**

| | |
|---|---|
| JUSTIN D LEONARD | jleonard@LLG-LLC.com, justin-leonard-leonard-law-group-llc-5265@ecf.pacerpro.com |
| Amy E Mitchell | mitchelltrustee@comcast.net, OR21@ecfcbis.com |
| JEFFREY LEE OLSON | olson.jeff@mac.com |
| NATALIE C SCOTT | ecf@scott-law-group.com |
| US Trustee, Portland | USTPRegion18.PL.ECF@usdoj.gov |

**ORDER COMPELLING PRODUCTION OF DOCUMENTS BY & ORDERING EXAMINATION OF KARYN GALATI**

**EXHIBIT 7 - Page 2 of 5**

SCOTT LAW GROUP LLP

PO Box 70422
Springfield, OR 97475
Phone: 541-868-8005
Fax: 541-868-8004
www.scott-law-group.com

# EXHIBIT A – Karyn Galati

Karyn Galati or her counsel shall produce the following documents (or copies thereof) to Creditor on or before **June 30, 2023 (per email agreement of counsel)** (the "due date") by delivering said documents by mail received on or before the due date or by secure electronic means to **Natalie Scott, PO Box 70422, Springfield, OR 97475, nscott@scott-law-group.com.**

For purposes of this request, "Debtors" means Irwin Pearlstein and Chris Ramsower-Pearlstein.

1. Debtors' state and federal tax returns for tax years 2008 through 2012, together with supporting documents and work papers showing bases for claims of gain, loss, income, expenses, deductions, and any related item on the returns, including but not limited to $111,613 in net long-term gain reported on Line 9a of the 2012 K-1 from Pearlstein Associates to Chris Ramsower-Pearlstein and $110,552 in distributions reported on Line 19a.

2. Any and all documents regarding any and all business income and/or business loss of any kind of Irwin Pearlstein and/or Chris Ramsower-Pearlstein for tax years 2012 through 2018, including but not limited to documents showing, explaining, demonstrating, and/or substantiating the following:

    **Debtors' 2013 Federal tax return**
    (a) -$131,017 loss claimed on Line 17 and listed on Schedule E and the supporting Statements;
    (b) -985 Carryforward loss and -436 "prior years unallowed losses" and other notations listed on Form 8582;
    (c) Cancellation of Debt and NOL listed on Statement 2 for Form 1040, Line 21
    (d) NOL Carryovers from 2011 and Later Years of $23,839 in both sections labeled Statement 3 regarding Form 1040, Line 21
    (e) Statement on 2013 tax return under "General Elections" regarding election to relinquish entire carryback period as to NOL incurred for 2013

    **Debtors' 2013 California tax return**
    (f) Representations on Form 3805V regarding Net Operating Loss Computation

    **Debtors' 2014 Federal Tax return (Form 1040)**
    (g) $37,211 net long term gain per Line 12 of Schedule D
    (h) Form 3800 regarding General Business Credit
    (i) Form 8582 regarding activities with loss and prior years unallowed losses
    (j) Statements in Sections labeled Statement 3 regarding Form 1040, Line 21 regarding loss and NOL carryovers and Statement 4 "NOL" of -132,405

    **Debtors' 2014 California tax return**
    (k) Form 3805 regarding NOL computation



PO Box 70422
Springfield, OR 97475
Phone: 541-868-8005
Fax: 541-868-8004
www.scott-law-group.com

**Debtors' 2015 Amended Federal Tax return (Form 1040X)**
(l)  Statement that amendment is to add income from Toyota Financial Services 1099 which is being excluded under "the insolvency exclusion" and Form 982
(m) Capital gain of $18,600 in Line 13
(n)  Form 3800 General Business Credit
(o)  Two sections labeled Statement 3 regarding NOLs

**Debtors' 2015 California tax return**
(p)  Form 3805 regarding NOL computation

**Debtors' 2016 Federal Tax Return**
(q)  Line 13 capital gain of $14,491
(r)  Line 16a of $5,438 in pensions and annuities and Statement 2
(s)  Line 17 and Schedule E regarding -$2,433 amount
(t)  Form 8949 regarding -$4,109 loss regarding Pearlstein Associates LLC

**Debtors' 2017 Federal Tax Return**
(u)  Line 16a for $19,802 and 16b for $7,716 and Statement 3 regarding those same amounts
(v)  Statement 1 "Explanation of Efforts"

**Debtors' 2018 Federal Tax Return**
(w) Line 4a of $7823 and Statement 2 regarding pension and annuities

3.  Any and all documents regarding gifts made to Irwin Pearlstein and/or Chris Ramsower-Pearlstein from January 1, 2015 through December 31, 2018 and the tax treatment thereof.

4.  Any and all documents regarding gifts made by Irwin Pearlstein and/or Chris Ramsower-Pearlstein to any person from January 1, 2015 through December 31, 2018 and the tax treatment thereof.

5.  Any and all communications, including letters, email, and text messages, to or from Irwin Pearlstein and/or Chris Ramsower-Pearlstein regarding tax opinions and/or advice of any kind to Debtors for tax years 2012 through 2018 if not already produced in response to a prior request.

6.  Any and all communications, including letters, email, and text messages, to or from any person or persons regarding assets, liabilities, loans, payments, debts, tax treatment, financial planning or business planning of any kind of Irwin Pearlstein and/or Chris Ramsower-Pearlstein from January 1, 2015 to December 31, 2018.

**EXHIBIT A – KARYN GALATI**



PO Box 70422
Springfield, OR 97475
Phone: 541-868-8005
Fax: 541-868-8004
www.scott-law-group.com

**EXHIBIT 7 - Page 4 of 5**

Case 17-32770-thp7    Doc 117    Filed 06/28/23

7. Any and all documents regarding employment and/or work of any kind of Chris Ramsower-Pearlstein for any of the following, including any publicly available or personally retained non-confidential copies of employment applications, employment agreements, consulting contracts, loan agreements, timesheets, records of hours worked and/or earnings paid, reviews by any manager or supervisor, and all correspondence (including emails or text messages) related to hours worked, amounts paid, employment terms, and job performance:

      (a) All Care In-Home Care Solutions;
      (b) Altru Home Care LLC;
      (c) Homecare Delivery Services LLC;
      (d) New Horizons as a dba of any of the above;
      (e) JAKD LLC; and
      (f) JAKD II, LLC.

**EXHIBIT A – KARYN GALATI**

**EXHIBIT 7 - Page 5 of 5**

SCOTT
LAW GROUP LLP

PO Box 70422
Springfield, OR 97475
Phone: 541-868-8005
Fax: 541-868-8004
www.scott-law-group.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 28, 2023, the foregoing **CREDITOR ROBERT SANDERS' RULE 2004 MOTION FOR EXAMINATION AND PRODUCTION OF DOCUMENTS – KARYN GALATI** was served on the following:

☒ **Via First Class Mail to:**

PRA Receivables Management, LLC                    Barry Pearlstein
PO Box 41021                                       1638 Goshen Ave.
Norfolk, VA 23541                                  Clovis, CA 93611

☐ Via Facsimile to: N/A

☒ **Via ECF Notification to: ECF Recipients**

☒ **Via E-mail to:**

Laura Caldera Loera          laura.loera@bullivant.com, rachel.barbour@bullivant.com

William Woolman             bill@sw2law.com

DATED: June 28, 2023

/s/ Natalie C. Scott
Natalie C. Scott, OSB# 024510



PO Box 70422
Springfield, OR 97475
Phone: 541-868-8005
Fax: 541-868-8004
www.scott-law-group.com